THE ATTORNEY GENERAL
OF TEXAS
AUSTIN, TEXAS 78711
ATTORNEY GENERAL



March 15, 1977

The Honorable Selden N. Snedeker     Opinion No. H-956
Criminal District Attorney
Cameron County                     Re: Fingerprinting of
Brownsville, Texas   78520       juveniles.

Dear Mr. Snedeker:

     You have requested our opinion regarding whether a
law enforcement agency may fingerprint a child for identifica-
tion purposes. Section 51.15 of the Family Code provides,
in pertinent part:

>     (a) No child may be fingerprinted
> without the consent of the juvenile court
> except as provided in Subsection (f) of
> this section. However, if a child 15
> years of age or older is referred to the
> juvenile court for a felony, his finger-
> prints may be taken and filed by a law-
> enforcement officer investigating the case.

Subsection (f) permits a law enforcement officer to take a
child's fingerprints "[i]f latent fingerprints are found during
the investigation of an offense, and a law-enforcement
officer has reasonable cause to believe that they are those
of a particular child. . . ."

    Prior to its 1975 amendment, subsection (a) provided:

> No child may be fingerprinted in the
> investigation of a crime except as provided
> in Subsection (f) of this section . . . .
> (Emphasis added).

In our opinion, the deletion of the phrase "in the investigation
of a crime" from the 1975 amendment to section 51.15(a)
conclusively indicates that a law enforcement agency may
fingerprint a child only in the specified circumstances.

A child may be fingerprinted in only three instances:
if the juvenile court grants its approval; if subsection (f)
is applicable; or if the child is "15 years of age or older
[and] is referred to the juvenile court for a felony."
Thus, it is our opinion that, unless one of the statutory
exceptions is applicable, section 51.15 of the Family Code
prohibits a law enforcement agency from fingerprinting a
child.

### S U M M A R Y

Unless one of the stated exceptions is
applicable, section 51.15 of the Family
Code prohibits a law enforcement agency
from fingerprinting a child.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jwb